STATE OF NORTH CAROLINA v. TYRONE WISE

No. 733SC166

(Filed 9 May 1973)

APPEAL by defendant, Tyrone Wise, from *Blount, Judge,* 11 October 1972 Session of Superior Court held in CRAVEN County.

*Attorney General Robert Morgan and Assistant Attorney General Edward L. Eatman, Jr., for the State.*

*Robert G. Bowers for defendant appellant.*

HEDRICK, Judge.

The only exception in the record is to the judgment. Such an exception presents the face of the record for review. The record affirmatively shows that the defendant, represented by privately employed counsel, freely, understandingly, and voluntarily entered a plea of *nolo contendere* to a bill of indictment, proper in form, charging him with feloniously assaulting Jim Smith with a deadly weapon, to wit: a hammer, with intent to kill, inflicting serious injury. The prison sentence of eight to ten years is within the limits prescribed by statute for the offense charged. The judgment is

Affirmed.

Judges CAMPBELL and VAUGHN concur.